**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DANIELLE LEROY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 20 CV 06203 |
| v. | ) | |
| | ) | |
| INGALLS MEMORIAL HOSPITAL, | ) | Transfer Court: |
| Through its Servants and Agents, and | ) | Circuit Court of |
| Dr. ZEHRA AFTAB | ) | Cook County, IL |
| | ) | First Judicial District |
| *Defendants.* | ) | No. 20 L 6976 |

## DEFENDANT INGALLS MEMORIAL HOSPITAL'S NOTICE OF REMOVAL

Defendant, Ingalls Memorial Hospital by and through its undersigned attorneys, hereby removes this action from the Circuit Court of Cook County, Illinois based on federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 and states the following grounds in support of removal:

1.      On June 30, 2020, the Plaintiff, Danielle LeRoy, filed a *pro se* civil action in the Circuit Court of Cook County, Illinois as Case No. 2020 L 6976.  *See* Exhibit 1, Plaintiff's Complaint.  The original Complaint asserted claims based exclusively under Illinois law.

2.      After the initial complaint, Plaintiff retained counsel who filed a Motion for Leave to File an Amended Complaint, which Motion was granted on September 17, 2020.  *See* Exhibit 2, September 17, 2020 Court Order.  The Amended Complaint was filed and served on counsel for Defendants on September 17, 2020. *See* Exhibit 3, Plaintiff's Amended Complaint.

3.      In the Amended Complaint, and for the first time, Plaintiff alleges violations of federal law, namely Title III of Americans with Disabilities Act at Count VI, Section 504 of The

Rehabilitation Act at Count VII and Section 1557 of the Affordable Care Act at Count VIII. Given these new claims arise under federal law, jurisdiction is appropriate in the federal district court pursuant to 28 U.S.C. § 1331.

4.     In accordance with Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt of the order allowing Plaintiff to amend her complaint and the initial pleading setting forth claims under federal law. Pursuant to 28 U.S.C. § 1446(a), the Defendant has attached copies of all additional pleadings and orders served upon this Defendant in the Circuit Court. *See* Exhibit 4, Pleadings and Orders from Circuit Court. Co-Defendant Dr. Zehra Aftab consents to removal of this action to federal court. *See* Exhibit 5, Dr. Aftab's Consent to Removal.

5.     The United States District Court for the Northern District of Illinois, Eastern Division, is the federal judicial district embracing the Circuit Court of Cook County, Illinois, First Municipal District, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. §§ 93 and 1441(a).

6.     In Counts I through V and Count IX of her Amended Complaint, Plaintiff alleges that during her admission to Ingalls Memorial Hospital's psychiatric ward from July 4 through 17, 2018 she was subject to battery, fraudulent concealment of battery, sexual assault, fraud, intentional infliction of emotional distress and civil conspiracy pursuant to Illinois state law. The allegations that give rise to these claims are also plead and form the bases of Plaintiff's allegations that she was discriminated against in violation of federal law in Counts VI through VIII.

7.     For purposes of exercising supplemental jurisdiction, state law claims are so related to a claim within the federal court's original jurisdiction where the state and federal claims derive from a common nucleus of operative facts. *Ammerman v. Sween*, 54 F.3d 423, 424 (7th Cir.

1995)(citing *United Mine Workers of America v. Gibbs*, 383 U.S. 715, 725 (1996); *Myers v. County of Lake*, 30 F.3d 847, 850 (7th Cir.), *cert. denied*, 513 U.S. 1058 (1994)).

8.      All the allegations in Plaintiff's Amended Complaint arise out of the same events during her admission to Ingalls Memorial Hospital from July 4 through July 17, 2018. Accordingly, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a) because the state law and federal law claims are so related and are derived from a common nucleus of operative facts.

9.      Defendant, therefore, respectfully requests to remove the entire case against it to this Court, pursuant to 28 U.S.C. §§ 1331, 1367(a) and 1441(a).

10.     Ingalls Memorial Hospital has complied with all the requirements for removal under 28 U.S.C. § 1441, *et seq*.

11.     A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Cook County, Law Division, as provided by law, and written notice is being sent to Plaintiff's counsel in accordance with 28 U.S.C. § 1446(d).

12.     The allegations of this Notice are true and correct and this cause is removable to the United States District Court for the Northern District of Illinois.

13.     If any question arises as to the propriety of the removal of this action, Ingalls Memorial Hospital respectfully request the opportunity to present a brief and oral argument in support of their position that this cause is removable.

**WHEREFORE**, Defendant Ingalls Memorial Hospital, by and through its counsel, and through the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County,

Illinois, County Department, Law Division, effects the removal of the said civil action to this Honorable Court.

This 19th day of October, 2020.

Respectfully submitted,

/s/*Michael T. Trucco*

Michael T. Trucco, Esq. (No. 06183389)
Matthew A. Karsakow, Esq. (No.06300157)
STAMOS & TRUCCO LLP
1 East Wacker Drive, Suite 300
Chicago, IL 60601
Phone: 312-630-7979

Emails: mtrucco@stamostrucco.com
        mkarsakow@stamostrucco.com

**ATTORNEYS FOR DEFENDANT,
INGALLS MEMORIAL HOSPITAL**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 19, 2020, the foregoing Notice of Removal was electronically filed with the Clerk of the Court of the United States District for the Northern District of Illinois using the CM/ECF system and a copy of the foregoing was served electronically and via U.S. mail postage prepaid on the following:

Edward R. Moor
Moor Law Office, P.C.
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
erm@moorlaw.net
*Counsel for Plaintiff*

Matthew L. Johnson
Caroline K. Vickrey
Johnson & Bell
33 West Monroe Street, Suite 2700
Chicago, IL 60603
johnsonm@jbltd.com
vickreyc@jbltd.com
*Counsel for Defendant*
*Zehra Aftab, M.D*

/s/ *Matthew A. Karsakow*
Matthew A. Karsakow

- 5 -